No. A-CV-04-80

COURT OF APPEALS OF THE NAVAJO NATION

October 4, 1982

Grace YELLOWHAIR, Appellant,

vs.

Jimmy YELLOWHAIR, Appellee.

ORDER OF DISMISSAL

Eleanor Shorty, Esq., Chinle, Navajo Nation (Arizona) for appellant and Lawrence Long, Esq., DNA-People's Legal Services, Window Rock, Navajo Nation (Arizona) for appellee.

Upon stipulation of the above-named parties, by and through their respective counsel,
The above-captioned appeal is hereby DISMISSED.